IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA, et. al.

    Plaintiff,

v.

FOOT LOCKER, INC., et. al.

    Defendant.

15cv1000
LEAD CASE
**ELECTRONICALLY FILED**

_____

ACCESS NOW, INC.
*a not- for- profit corporation*, ET AL.

    Plaintiffs,

v.

ACE HARDWARE CORPORATION,

    Defendant.

15cv1626
MEMBER CASE

_____

MICHELLE SIPE, ET AL.

    Plaintiffs,

v.

FRY'S ELECTRONICS, INC.

    Defendant.

15cv1630
MEMBER CASE

_____

MICHELLE SIPE, ET AL.

        Plaintiffs,                  15cv1631
                                               MEMBER CASE

            v.

ADIDAS AMERICA, INC.

        Defendant.

_____

MICHELLE SIPE, ET AL.

        Plaintiffs,                  15cv1640
                                               MEMBER CASE

            v.

AEROPOSTALE, INC.,

        Defendant.

MICHELLE SIPE, ET AL.

        Plaintiffs,                  15cv1641
                                               MEMBER CASE

            v.

PATAGONIA WORKS, INC.,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 15-1626, 15-1630, 15-1631, 15-1640, and 15-1641 are hereby consolidated with Civil Action No. 15-1000, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 15-1000.

3. The Clerk of Court shall close Civil Action Nos. 15-1626, 15-1630, 15-1631, 15-1640, and 15-1641.

**SO ORDERED** this 1st day of February, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge